UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PEPPER MANUEL | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | DISTRICT JUDGE |
| | * | |
| PROTECTIVE INSURANCE | * | MAGISTRATE JUDGE |
| COMPANY, FEDEX GROUND | * | |
| PACKAGE SYSTEM, INC., AND | * | |
| JOHN DOE | * | |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, FedEx Ground Package System, Inc. ("FedEx Ground") which respectfully submits:

1.

On July 15, 2022, Plaintiff, Pepper Manuel, filed his *Petition for Damages* in the Matter entitled "*Pepper Manuel versus Protective Insurance Company, FedEx Ground Package System, Inc., and John Doe*", Docket No. C- 830-366 in the 24th Judicial District Court for Jefferson Parish, Louisiana. Exhibit A.

2.

Plaintiff named as defendants: Protective Insurance Company ("Protective"), FedEx Ground Package System, Inc., and "John Doe" as an unknown party. Exhibit A, paragraphs 2-4.

1

3.

Plaintiff requested service on Protective and FedEx Ground.

4.

Protective was served on July 26, 2022. Exhibit B.

5.

Protective was dismissed on September 3, 2022. Exhibit C.

6.

FedEx Ground was served on July 27, 2022. Exhibit D.

7.

Plaintiff did not request service on "John Doe."

8.

Plaintiff's *Petition for Damages* does not state whether the amount in controversy exceeds $75,000, exclusive of interests and costs, nor is the amount in controversy facially apparent from his petition. Exhibit A.

9.

At the time Defendants were served, they did not have any of Plaintiff's medical records, bills, or any other indication of the potential amount in controversy.

10.

On August 25, 2022, Plaintiff's counsel provided Defense counsel some of Plaintiff's medical records and bills that Plaintiff is relating to the subject lawsuit. Exhibits E and E-1.

11.

Plaintiff's medical bills to date total $48,209.61. Exhibit E.

12.

The medical records indicate Plaintiff is relating the following medical treatment to the subject lawsuit: two multi-level lumbar epidural steroid injections, recommendations for future facet blocks in his thoracic spine, and recommendations for future multilevel medial branch blocks for his cervical spine. Exhibit E.

13.

Based on the medical bills, past medical treatment, and planned future treatment, Plaintiff is relating to the subject lawsuit, Plaintiff is claiming an amount in controversy that exceeds $75,000, exclusive of interest and costs.

14.

This *Notice of Removal* is filed within thirty days of August 25, 2022, when Defense counsel was first provided sufficient information indicating Plaintiff's claim meets the requirements for the amount in controversy under of 28 U.S.C. § 1332(a).

15.

Plaintiff, Pepper Manuel, is a Texas citizen. Exhibit A, paragraph 1.

16.

Defendant, FedEx Ground, is a corporation incorporated under the laws of Delaware and has its principal place of business in Pennsylvania. Exhibit F.

17.

There is complete diversity of citizenship between Plaintiff and all named defendants properly joined and served. 28 U.S.C. § 1441(b)(2).

18.

This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is a matter which may be removed to this Court under 28 U.S.C. § 1441.

19.

Defendants will provide notice of this removal to the parties and to the 24th Judicial District Clerk of Court for Jefferson Parish, Louisiana, pursuant to 28 U.S.C. § 1446(d).

## JURY DEMAND

Defendant requests a jury trial on all issues.

**WHEREFORE**, Defendant, FedEx Ground Package System, Inc., prays the action titled *"Pepper Manuel v. Protective Insurance Company, FedEx Ground Package System, Inc. and John Doe",* docket number C-830.366, for the 24th Judicial District Court for Jefferson Parish, Louisiana, be removed from the State Court to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

*/s/ Raymond P. Augustin, Jr.*
**C. MICHAEL PARKS, #19727**
**RAYMOND P. AUGUSTIN, JR., #02610**
*Mouledoux, Bland, Legrand & Brackett*
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: mparks@mblb.com
Email: raugustin@mblb.com
*Attorneys for Defendant, FedEx Ground Package System, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy in the United States mail, first class postage prepaid, by hand delivery, by email, or by facsimile transmission, this 9th day of September, 2022, at their last known address of record.

                                                            */s/ Raymond P. Augustin, Jr.*
                                                            **RAYMOND P. AUGUSTIN JR.**

h:\1204\220879 - manuel pepper\pleadings\removal\notice of removal.docx