Filed by: FAX
Date: 7.13.22
Time: 2:40 PM
Deputy Clerk S/A. INGRAFFIA
(SEE ATTACHED LOG)

FILED FOR RECORD 07/15/2022 14:26:14
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 830-366  DIVISION " "  C

**PEPPER MANUEL**

**VERSUS**

**PROTECTIVE INSURANCE COMPANY,
FEDEX GROUND PACKAGE SYSTEM, INC. AND JOHN DOE**

FILED: _____   _____
                                                DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, PEPPER MANUEL (hereinafter sometimes referred to as "Plaintiff"), who files this Petition for Damages against Defendants, PROTECTIVE INSURANCE COMPANY, FEDEX GROUND PACKAGE SYSTEM, INC., and JOHN DOE (collectively hereinafter sometimes referred to as "Defendants"), and in support thereof respectfully avers as follows:

### PARTIES

1.

Plaintiff, PEPPER MANUEL, resides in the State of Texas, and is the full age of majority.

2.

Defendant, PROTECTIVE INSURANCE COMPANY (individually "Protective Insurance"), is a foreign insurance company, licensed to do and doing business in the State of Louisiana.

3.

Defendant, FEDEX GROUND PACKAGE SYSTEM, INC. (individually "FXG"), is a foreign corporation, licensed to do and doing business in the State of Louisiana.

4.

Defendant, JOHN DOE (individually "Mr. Doe"), is domiciled in the State of Louisiana and is the full age of majority. Mr. Doe will be specifically named as a Defendant once he is identified in the course of discovery.

## JURISDICTION AND VENUE

5.

The State of Louisiana has jurisdiction over the Defendants because they are domiciled and conducting business within the State.

6.

Venue is proper within the Parish of Jefferson pursuant to La. Code Civ. Proc. art. 42 and La. Stat. Ann. § 22:1269, as the accident that forms the basis of this suit occurred in the Parish of Jefferson, State of Louisiana.

## FACTS

7.

On or about March 7, 2022, Plaintiff was operating a 2017 Ram 3500 (hereinafter referred to "Plaintiff's vehicle). Plaintiff was operating the vehicle in a safe and prudent manner and obeying all rules of the road on N. Causeway Boulevard in Metairie, Parish of Jefferson, State of Louisiana.

8.

At that same time, a FXG box truck operated by Mr. Doe (hereinafter referred to as "Defendant's vehicle") suddenly and without warning struck the rear of Plaintiff's vehicle and thereafter fled the scene (*i.e*, hit and run).

9.

The aforesaid collision and resulting injuries and damages specified herein were proximately and legally caused by the direct fault and negligence of Defendants, including, but not limited to the following, the following acts and/or omissions of negligence that may be shown at trial hereof:

a. careless operation of his vehicle;

b. failure to see ensure he could maneuver his vehicle without colliding with another vehicle;

c. failure to maintain proper lookout;

d. failure to maintain a vigilant lookout;

Exhibit A
Petition for Damages

   e. failure to timely apply brakes;

   f. failure to properly apply brakes;

   g. failure to take reasonable action to avoid the collision;

   h. failure to exercise due care and caution for the safety of others;

   i. failure to obey the rules of the road;

   j. excessive speed; and

   k. any other such acts or omissions of negligence as are indicated from the facts alleged herein and which may be shown at trial.

All of the above are negligent acts or omissions in violation of the rules of common sense, reasonable prudence, ordinances, and the laws of the Parish of Jefferson, and the State of Louisiana, all of which are specifically plead herein.

10.

At the time of the accident, Defendant, Mr. Doe, was an employee and/or agent of FXG, in the course and scope of said employment and/or agency with FXG, and said FXG is vicariously liable for his actions.

11.

Additionally, Plaintiff alleges that a substantial cause of the above-described hit and run crash was the fault and/or negligence of Defendant, FXG, which is described in part but not exclusively as follows: negligently entrusting the vehicle to Mr. Doe; failing to properly hire, train, supervise, and instruct Mr. Doe; failing to employ a safe and competent driver; and other acts of negligence which will be proven at trial.

12.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident Defendant, PROTECTIVE INSURANCE, had in effect a policy and/or issued a contract of insurance to FXG, and/or its employee, agent, driver or otherwise, Mr. Doe, for claims of the nature herein asserted under the Louisiana Direct Action Statute, which PROTECTIVE INSURANCE is liable *in solido* with its insured for all amounts owed by it to Plaintiff.

13.

As a direct result of this accident, and the negligence of Defendants, Plaintiff has suffered significant injuries and damages.

14.

The conduct, actions, omissions, and negligence of Defendants directly caused, proximately caused, and/or was a substantial factor in causing Plaintiff's damages.

15.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past, present and future physical pain and suffering; past, present and future mental anguish; past, present and future medical expenses; past, present and future physical impairment; rental expenses; property damage; loss of use and/or depreciation of vehicle; loss of past and future earnings; loss of future earning capacity; past and future loss of enjoyment of life; and penalties and attorneys' fees together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

**WHEREFORE**, Plaintiff, PEPPER MANUEL, prays that Defendants be duly cited and served with a copy of this Petition for Damages and, after due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against Defendants, PROTECTIVE INSURANCE COMPANY, FEDEX GROUND PACKAGE SYSTEM, INC., and JOHN DOE, jointly and *in solido* for all damages reasonable under the premises, together with legal interest (pre-judgment and post-judgment) thereon from the date of judicial demand until paid, for all costs of these proceedings and any other damages, penalties, attorneys' fees or sanctions reasonable under the premises.

Petitioners further pray for such other and further relief as may be proper and this Honorable Court is competent to grant.

[*Signature and service instructions on following page*].

Respectfully submitted:

THE CHOPIN LAW FIRM LLC

_____
RICHARD A. CHOPIN (La. 4088)
JUSTIN M. CHOPIN (La. 31100)
ADAM P. SANDERSON (La. 31312)
PHILIP D. LORIO IV (La. 34648)
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Telephone:   Dick Direct:   504-229-6682
             Justin Direct: 504-229-6681
             Adam Direct:   504-517-1675
             Phil Direct:   504-517-1673
Facsimile:   504-324-0640
E-mail:      Rchopin@ChopinLawFirm.com
             Justin@ChopinLawFirm.com
             Adam@ChopinLawFirm.com
             Phil@ChopinLawFirm.com

*Attorneys for Petitioner, Pepper Manuel*

**PLEASE PREPARE CITATION FOR AND SERVE:**

1. **PROTECTIVE INSURANCE COMPANY**
   *Through its Registered Agent for Service of Process,*
   R. Kyle Ardoin
   Louisiana Secretary of State         CK#10339
   8585 Archives Ave.                   $50 SOS
   Baton Rouge, LA 70809

2. **FEDEX GROUND PACKAGE SYSTEM, INC.**
   *Through its Registered Agent for Service of Process,*
   CT Corporation System
   3867 Plaza Tower Drive               CK#10338
   Baton Rouge, Louisiana 70816         $80.88 EBR

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

4869-0934-8905, v. 1

Page 5 of 5